# Morgan Lewis

**Melissa C. Rodriguez**
+1.212.309.6394
melissa.rodriguez@morganlewis.com

January 22, 2025

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: **_Bockian v. The Bank of New York Mellon Corp._, No. 1:24-cv-08500**

Your Honor:

We represent Defendant The Bank of New York Mellon Corp. ("Defendant") in the above-referenced matter action.

Pursuant to Rule E of the Court's Individual Rules and Practices and in light of the Order of Automatic Referral to Mediation (Dkt. No. 11), we write jointly with Plaintiff Jeffrey A. Bockian ("Plaintiff") to respectfully request that the Court: (1) adjourn the Initial Pretrial Conference scheduled for February 20, 2025 at 10:30am; and (2) stay all other deadlines.[1] The Parties respectfully submit that this adjournment and stay will serve to preserve the Parties' resources that may be better spent preparing for the mediation and on a potential resolution. The Parties further propose to submit a joint status letter within seven days of the mediation, advising the Court as to the result of the mediation and submitting a proposed Case Management Plan should mediation fail.

This is the Parties' first request for an adjournment or stay.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Melissa C. Rodriguez

Melissa C. Rodriguez
C: All Counsel of Record

---

[1] While Plaintiff nevertheless plans to answer Defendant's Counterclaims (Dkt. No. 9) on or by February 3, 2025, pursuant to Fed. R. Civ. P. 12(a)(1)(B), the Parties respectfully request a stay of all other deadlines pending the upcoming mediation.

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060          ☏ +1.212.309.6000
United States                                     ✆ +1.212.309.6001

GRANTED. The initial pretrial conference scheduled for February 20, 2025 is adjourned, and all other deadlines are hereby stayed pending mediation. The parties are to submit a joint status update no later than March 1, 2025, and every 30 days thereafter.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Date: January 22, 2025