

| | VLADECK |
|---|---|
| | RASKIN |
| | CLARK P.C. |

Anne L. Clark
(212) 403-7332
aclark@vladeck.com

April 23, 2025

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

      Re:    <u>Jeffrey Bockian v. The Bank of New York Mellon Corp.</u>,
               Case No. 1:24-cv-08500

Dear Judge Engelmayer:

    We write to you on behalf of Plaintiff Jeffrey Bockian, with the consent of Defendant, pursuant to Rule I.E of Your Honor's Individual Rules to respectfully request that this Court reschedule the initial pre-trial conference currently scheduled for 11:00 A.M. on May 14, 2025 (see Dkt. No. 22) due to a scheduling conflict for Plaintiff's counsel.

    After conferring, counsel have identified the following dates that work well for both parties: May 15, 21, 27, and 28. If none of these dates are amenable to this Court, please advise and counsel will confer to come up with additional dates and times.

    This is the parties' second request for the date and time of this conference to be rescheduled. The parties previously requested, and the Court granted, that the initial pre-trial conference be adjourned from February 20, 2025, in order to allow the parties to try to resolve the case through mediation. (See Dkt. Nos. 12, 13)

Respectfully submitted,

/s/

Anne L. Clark

ALC:md

cc:    Counsel of record (via ECF)

GRANTED. The initial conference is hereby rescheduled to Thursday, May 15, 2025, at 2 p.m.

SO ORDERED.    *Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Date: April 23, 2025