UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY BOCKIAN,

                              Plaintiff,

        -v-

BANK OF NEW YORK MELLON CORP.,

                              Defendant.

24 Civ. 8500 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

At today's case management conference, the Court set the following schedule:

- The parties' joint stipulated facts are due **March 27, 2026**.

- Defendant's motion for summary judgment is due **April 24, 2026**.

- Plaintiff's brief in opposition is due **May 22, 2026**.

- Defendant's reply is due **June 5, 2026**.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: February 27, 2026
       New York, New York