UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY BOCKIAN,

Plaintiff,

-v-

BANK OF NEW YORK MELLON CORP.,

Defendant.

24 Civ. 8500 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Earlier today, the Court granted in part and denied in part defendant Bank of New York Mellon Corp.'s ("BNY") motion for summary judgment. Dkt. 84. The Court left for resolution at trial plaintiff Jeffrey Bockian's failure to accommodate, disability discrimination, and retaliation claims.

- The parties' pretrial materials as required by the Court's Individual Rules 5(A)-(B), including, *inter alia*, a joint pretrial order, requests to charge, proposed voir dire, and motions in limine are due **January 14, 2027**. Oppositions to motions in limine are due **January 21, 2027**. Counsel are directed to review the Court's Individual Rules and Practices in Civil Cases, found at https://nysd.uscourts.gov/hon-paul-engelmayer.
- The next conference in this case is scheduled for **February 4, 2027 at 2:30 p.m.** in Courtroom 1305 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 9, 2026
New York, New York